# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1705
_____

United States of America

*Plaintiff - Appellee*

v.

Quavo Delmontae Williams

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: August 28, 2023
Filed: August 31, 2023
[Unpublished]
_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.
_____

PER CURIAM.

Quavo Williams appeals the sentence imposed by the district court[1] after the court vacated one count of conviction and resentenced him. His counsel has moved

_____

[1]The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri.

to withdraw, and has filed a brief pursuant to <u>Anders v. California</u>, 36 U.S. 738 (1967), arguing that the sentence is substantively unreasonable.

Upon careful review, we conclude that the district court did not err in imposing the below-Guidelines sentence that Williams received. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc); <u>United States v. Moore</u>, 581 F.3d 681, 684 (8th Cir. 2009) (per curiam). We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we grant counsel's motion to withdraw and affirm.

_____